UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

RECEIVED
SDNY PRO SE OFFICE
2021 OCT -7 AM 10: 23

Kervin Jeanty

Write the full name of each plaintiff.

_____CV_____
(Include case number if one has been assigned)

-against-

Blue Rhino, Tod Brown, Ferrellgas Inc, James Ferrell, "John doe (deJan)"

Do you want a jury trial?
☐ Yes   ☐ No

Write the full name of each defendant. The names listed above must be identical to those contained in Section I.

## EMPLOYMENT DISCRIMINATION COMPLAINT

### NOTICE

The public can access electronic court files. For privacy and security reasons, papers filed with the court should therefore *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number. See Federal Rule of Civil Procedure 5.2.

Rev. 3/24/17

1

I. PARTIES

A. Plaintiff Information

Provide the following information for each plaintiff named in the complaint. Attach additional pages if needed.

Kervin     R     Jeanty
First Name     Middle Initial     Last Name

11 Kentucky Dr
Street Address

Orange, Newburgh     New York     12550
County, City     State     Zip Code

845-522-6147     Kervin.Jeanty@Yahoo.com
Telephone Number     Email Address (if available)

B. Defendant Information

To the best of your ability, provide addresses where each defendant may be served. If the correct information is not provided, it could delay or prevent service of the complaint on the defendant. Make sure that the defendants listed below are the same as those listed in the caption. (Proper defendants under employment discrimination statutes are usually employers, labor organizations, or employment agencies.) Attach additional pages if needed.

Defendant 1: Blue rhino
Name
5650 University Parkway, Suite 400
Address where defendant may be served
Forsyth, Winston-Salem     NC     27105
County, City     State     Zip Code

Defendant 2: Tod Brown
Name
5650 University Parkway, Suite 400
Address where defendant may be served
Forsyth, Winston-Salem     NC     27105
County, City     State     Zip Code

Page 2

Defendant 3:

**Name:** Ferrellgas Inc.

**Address where defendant may be served:** 7500 College Boulevard, Suite 1000

**County, City:** Johnson, Overland Park  **State:** KS  **Zip Code:** 66210

## II. PLACE OF EMPLOYMENT

The address at which I was employed or sought employment by the defendant(s) is:

**Name:** 55 Ruscitti RD, New Windsor, NY, Blue Rhino/Ferrellgas

**Address:** 55 Ruscitti RD, New

**County, City:** Orange, New Windsor  **State:** NY  **Zip Code:** 12553

## III. CAUSE OF ACTION

### A. Federal Claims

This employment discrimination lawsuit is brought under (check only the options below that apply in your case):

☑ **Title VII of the Civil Rights Act of 1964**, 42 U.S.C. §§ 2000e to 2000e-17, for employment discrimination on the basis of race, color, religion, sex, or national origin

The defendant discriminated against me because of my (check only those that apply and explain):

☑ race: Hispanic/African American

☑ color: Black

☐ religion: 

☐ sex: 

☑ national origin: Haitian

Page 3

- [x] **42 U.S.C. § 1981**, for intentional employment discrimination on the basis of race

    My race is: _African American, Hispanic_

- [ ] **Age Discrimination in Employment Act of 1967**, 29 U.S.C. §§ 621 to 634, for employment discrimination on the basis of age (40 or older)

    I was born in the year: _____

- [ ] **Rehabilitation Act of 1973**, 29 U.S.C. §§ 701 to 796, for employment discrimination on the basis of a disability by an employer that constitutes a program or activity receiving federal financial assistance

    My disability or perceived disability is: _____

- [ ] **Americans with Disabilities Act of 1990**, 42 U.S.C. §§ 12101 to 12213, for employment discrimination on the basis of a disability

    My disability or perceived disability is: _____

- [ ] **Family and Medical Leave Act of 1993**, 29 U.S.C. §§ 2601 to 2654, for employment discrimination on the basis of leave for qualified medical or family reasons

B. **Other Claims**

In addition to my federal claims listed above, I assert claims under:

- [x] **New York State Human Rights Law**, N.Y. Exec. Law §§ 290 to 297, for employment discrimination on the basis of age, race, creed, color, national origin, sexual orientation, military status, sex, disability, predisposing genetic characteristics, marital status

- [ ] **New York City Human Rights Law**, N.Y. City Admin. Code §§ 8-101 to 131, for employment discrimination on the basis of actual or perceived age, race, creed, color, national origin, gender, disability, marital status, partnership status, sexual orientation, alienage, citizenship status

- [ ] Other (may include other relevant federal, state, city, or county law):

    _____

## IV.   STATEMENT OF CLAIM

### A. Adverse Employment Action

The defendant or defendants in this case took the following adverse employment actions against me (check only those that apply):

- ☐ did not hire me
- ☒ terminated my employment
- ☐ did not promote me
- ☐ did not accommodate my disability
- ☒ provided me with terms and conditions of employment different from those of similar employees
- ☒ retaliated against me
- ☐ harassed me or created a hostile work environment
- ☐ other (specify): _____

### B. Facts

State here the facts that support your claim. Attach additional pages if needed. You should explain what actions defendants took (or failed to take) *because of* your protected characteristic, such as your race, disability, age, or religion. Include times and locations, if possible. State whether defendants are continuing to commit these acts against you.

I was denied a Sign on Bonus by Staff, and I was terminated after another Employee was hired. I was the only Black employee.

As additional support for your claim, you may attach any charge of discrimination that you filed with the U.S. Equal Employment Opportunity Commission, the New York State Division of Human Rights, the New York City Commission on Human Rights, or any other government agency.

## V. ADMINISTRATIVE PROCEDURES

For most claims under the federal employment discrimination statutes, before filing a lawsuit, you must first file a charge with the U.S. Equal Employment Opportunity Commission (EEOC) and receive a Notice of Right to Sue.

Did you file a charge of discrimination against the defendant(s) with the EEOC or any other government agency?

☐ Yes (Please attach a copy of the charge to this complaint.)

　　　When did you file your charge? _____

☒ No

Have you received a Notice of Right to Sue from the EEOC?

☐ Yes (Please attach a copy of the Notice of Right to Sue.)

　　　What is the date on the Notice? _____

　　　When did you receive the Notice? _____

☒ No

## VI. RELIEF

The relief I want the court to order is (check only those that apply):

☐ direct the defendant to hire me

☐ direct the defendant to re-employ me

☐ direct the defendant to promote me

☐ direct the defendant to reasonably accommodate my religion

☐ direct the defendant to reasonably accommodate my disability

☒ direct the defendant to (specify) (if you believe you are entitled to money damages, explain that here) _Pay me my Sign on Bonus along with Punitive Damages_

Page 6

## VII. PLAINTIFF'S CERTIFICATION

By signing below, I certify to the best of my knowledge, information, and belief that: (1) the complaint is not being presented for an improper purpose (such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation); (2) the claims are supported by existing law or by a nonfrivolous argument to change existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Federal Rule of Civil Procedure 11.

I agree to notify the Clerk's Office in writing of any changes to my mailing address. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Each Plaintiff must sign and date the complaint. Attach additional pages if necessary. If seeking to proceed without prepayment of fees, each plaintiff must also submit an IFP application.

Dated: 10/7/21
Plaintiff's Signature

First Name: Kevin
Middle Initial: R
Last Name: Jeanty

Street Address: 11 Kentucky Dr

County, City: Orange, Newburgh
State: NY
Zip Code: 12550

Telephone Number: 845-522-6147
Email Address: Kevin.Jeanty@yahoo.com

I have read the attached Pro Se (Nonprisoner) Consent to Receive Documents Electronically:

☐ Yes   ☐ No

   If you do consent to receive documents electronically, submit the completed form with your complaint. If you do not consent, please do not attach the form.

Page 7



February 21, 2019

Kervin Jeanty
11 Kentucky Dr
Newburgh NY 12550

Dear Kervin:

Thank you for your interest in joining Ferrellgas! We are pleased to offer you the Seasonal position of Driver Tank Exchange with a start date of March 4, 2019.

As we agreed, the hours and/or days you are scheduled to work will vary according to business need. Therefore, this is not a full-time position. You will be compensated at a rate of $24.00 per hour to be paid weekly and will be eligible for overtime compensation at a rate of 1.5 times your hourly rate. You are eligible to participate in the Ferrellgas Incentive plan as outlined in the program documents.

Seasonal employment will end during the month of October (or earlier at the discretion of you or Ferrellgas). Following the end of your seasonal employment, you may be eligible for consideration as a full time employee, however, there is no guarantee you will become a full time employee, and consideration for whether you are offered a full time position will be based on job performance, availability, reliability and current Ferrellgas staffing needs, among other job-related factors.

Employment is contingent upon all of the following:
* Your acceptance of this offer via your signature below.
* Your signature to an employee agreement (to be provided).
* Your signature to an invention agreement (to be provided).
* Negative drug screen results (test to be arranged before you start the position).
* Successfully pass a background review (will be conducted before you start the position).
* Successfully pass a post offer physical ability test (will be conducted before you start the position).

In certain instances, you may be allowed to start work before the results of your background review have been received. Should that occur, your continued employment by Ferrellgas will remain contingent on successfully passing the background review.

Please acknowledge your acceptance of this offer by signing and returning this letter to Eric Totten by February 23, 2019. An additional copy is enclosed for your records. All terms and conditions of this offer are strictly confidential. Should you have questions, please contact me at 845 416 5275.

I look forward to working with you and anticipate that you will provide significant contributions to Ferrellgas!

Sincerely,
District Manager
Eric Totten

Enclosures

I accept Ferrellgas' offer of employment as presented in this correspondence. I understand and agree that my employment with the company is entered into voluntarily and that I may resign at any time. Similarly, my employment may be terminated for any reason and at any time without previous notice.

Signature: _Kervin Jeanty_    Date: _2/25/19_

Copy to: Personnel file

One Liberty Plaza    Liberty, MO 64068    816-792-1600

    Sign in

## This job has expired on Indeed
Reasons could include: the employer is not accepting applications, is not actively hiring, or is reviewing applications

# Seasonal CDL Class A/B Driver HAZMAT / Tank With $2000 Sign On Bonus

Blue Rhino / Ferrellgas
New Windsor, NY 12553
Temporary

## Job details

**Job Type**
Temporary

**Number of hires for this role**
5 to 10

## Qualifications

**Experience:**
- Forklift Operator, 1 year (Required)

**Education:**
- High school or equivalent (Required)

**Location:**
- New Windsor, NY (Required)

## Full Job Description

Seasonal CDL Class A Driver Needed HAZMAT / Tank endorsement Required With Sign On Bonus

Blue Rhino- New Windsor, NY

Join the #1 distributor of propane tank exchange

Blue Rhino hires the best class A Drivers in the industry. As a member of our team, you will pick up and deliver propane cylinders to retail customers and maintain the appearance of our displays and signs; ensure propane placement meets National Fire Protection Agency (NFPA) and company guidelines.

Earn a competitive hourly salary, plus a $2000.00 Sign On Bonus

Enjoy a flexible 5- 6 day work week/weekends and holidays work Schedule. Come join the herd... You'll be glad you did.

Requirement

- Valid Class A license with HAZMAT / Tank endorsement Required
- Must be a high school graduate or equivalent
- Must have a clean driving record
- Previous driving experience preferred
- Physical ability to lift 40lbs. in each hand repeatedly throughout the day, in all weather conditions hot, cold, rain or snow
- Ability to work 10-14 hours per day on a regular basis
- Passing a background, drug screen and physical abilities test

EEO Employer- Minorities/Females/Vets/ Disabled

Interested candidates please respond with resume. Qualified candidates will be contacted for an interview

Job Type- Seasonal

Required Education;

High School or equivalent

Required experience:

Driver: 1 year

Required license or certification

Job Type: Temporary

Salary: $0.00 /week

Experience:

- Forklift Operator: 1 year (Required)

Education:

- High school or equivalent (Required)

Location:

- New Windsor, NY (Required)

Additional Compensation:

- Bonuses

Trucking freight handling:



Earn a competitive hourly salary, plus a $2000.00 Sign On Bonus

Enjoy a flexible 5- 6 day work week/weekends and holidays work Schedule. Come join the herd... You'll be glad you did.

Requirement

- Valid Class A license with HAZMAT / Tank endorsement Required
- Must be a high school graduate or equivalent
- Must have a clean driving record
- Previous driving experience preferred
- Physical ability to lift 40lbs. in each hand repeatedly throughout the day, in all weather conditions hot, cold, rain or snow
- Ability to work 10-14 hours per day on a regular basis
- Passing a background, drug screen and physical abilities test

EEO Employer- Minorities/Females/Vets/ Disabled

Interested candidates please respond with resume. Qualified candidates will be contacted for an interview

Job Type- Seasonal

Required Education;

High School or equivalent

Required experience:

Driver: 1 year

Required license or certification

Job Type: Temporary

Salary: $0.00 /week

Experience:

- Forklift Operator: 1 year (Required)

Education:

- High school or equivalent (Required)

Location:

- New Windsor, NY (Required)

Additional Compensation:

- Bonuses

Trucking freight handling:

Kevin Jeanty
11 Kentucky Dr
Newburgh, NY

SDNY
Pro Se Intake Off
500 Pearl St
NY NY 10007

RECEIVED
SDNY PRO SE OFFICE
2021 OCT -7 AM 10: 23

USDC SDNY